```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 06520
   JOSEPH CUMIGAD ORIENTE
   CLAUDETTE B ORIENTE                              CHAPTER 13

                                                    JUDGE: MANUEL BARBOSA
                 Debtor
      SSN XXX-XX-0722     SSN XXX-XX-4556


---------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/11/07 and confirmed on 06/21/07.

     2.  The case was dismissed after confirmation, 06/05/2008.

     3.  The Debtor paid a total of $  41838.94 .

     4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
---------------------------------------------------------------------------------
US BANK NA                 CURRENT MORTG      31874.57           .00          31874.57
US BANK NA                 MORTGAGE ARRE      44831.49           .00               .00
DLJ MORTGAGE CAPITAL       SECURED             7279.81           .00           7279.81
DLJ MORTGAGE CAPITAL       MORTGAGE ARRE      11339.09           .00               .00
AMERICREDIT FINANCIAL      SECURED VEHIC      22000.00           .00           1000.00
LUTHERAN GENERAL HOSPITA   UNSECURED         NOT FILED           .00               .00
ARIA HEALTH CARE           UNSECURED         NOT FILED           .00               .00
B REAL LLC                 UNSECURED           2292.18           .00               .00
CMS                        UNSECURED         NOT FILED           .00               .00
COMED                      UNSECURED            450.66           .00               .00
HSBC                       UNSECURED         NOT FILED           .00               .00
PROVENA MERCY MEDICAL CE   UNSECURED         NOT FILED           .00               .00
AMERICREDIT FINANCIAL      UNSECURED            729.21           .00               .00
PREMIER BANKCARD/CHARTER   FILED LATE              .00           .00               .00
         Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  117324.96       .00      3472.05        .00      120797.01
PRINCIPAL PAID       40154.38       .00          .00        .00       40154.38
INTEREST PAID             .00       .00          .00        .00            .00
TOTAL PAID           40154.38       .00          .00        .00       40154.38
The Debtor's attorney, PAUL M BACH                    , was allowed $        .00
and was paid $       .00 .

The Trustee received $   1684.56 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 09/10/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE